S. LANE TUCKER
United States Attorney

MAC CAILLE PETURSSON
MORGAN J. WALKER
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: mac.caille.petursson@usdoj.gov
Email: morgan.walker@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>EMMANUEL EDUARDO LOPEZ-CONTRERAS,<br><br>　　　　　Defendant. | No. 3:24-cr-00013-SLG-KFR<br><br>COUNT 1:<br>PRODUCTION OF CHILD PORNOGRAPHY<br>　Vio. of 18 U.S.C. § 2251(a), (e)<br><br>COUNT 2:<br>COERCION AND ENTICEMENT OF<br>A MINOR<br>　Vio. of 18 U.S.C. § 2422(b)<br><br>COUNT 3:<br>RECEIPT AND DISTRIBUTION OF CHILD PORNOGRAPHY<br>　Vio. of 18 U.S.C. § 2252A(a)(2)(A), (b)(1)<br><br>COUNT 4:<br>POSSESSION OF CHILD PORNOGRAPHY<br>　Vio. of 18 U.S.C. § 2252A(a)(5)(B), (b)(2)<br><br>CRIMINAL FORFEITURE ALLEGATION:<br>　Vio. 18 U.S.C. § 2253 and 2428(a)(1), and 28 U.S.C. § 2461(c) |

# INDICTMENT

The Grand Jury charges that:

## COUNT 1

Beginning on or about March 1, 2023, and continuing until on or about May 3, 2023, within the District of Alaska and elsewhere, the defendant, EMMANUEL EDUARDO LOPEZ-CONTRERAS, did employ, use, persuade, induce, entice, and coerce any minor to engage in, and had a minor assist any other person to engage in, and in any Territory and Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and that visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, and such visual depiction has actually been transported and transmitted using any means and facility of interstate and foreign commerce, including by computer, to wit: four video files depicting Minor VICTIM-1 engaged in any sexually explicit conduct as defined in 18 U.S.C. §2256(2)(A).

All of which is in violation of 18 U.S.C. § 2251(a), (e).

//
//
//
//

## COUNT 2

Beginning on or about March 1, 2023, and continuing until on or about May 3, 2023, within in the District of Alaska and elsewhere, the defendant, EMMANUEL EDUARDO LOPEZ-CONTRERAS, did use a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce any individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Abuse of a Minor in the Second Degree, in violation of Alaska Statute 11.41.436(a)(1), and Production of Child Pornography, in violation of 18 U.S.C. § 2251(a).

All of which is in violation of 18 U.S.C. § 2422(b).

## COUNT 3

Beginning on or about April 14, 2023, and continuing until on or about April 30, 2023, within in the District of Alaska and elsewhere, the defendant, EMMANUEL EDUARDO LOPEZ-CONTRERAS, did knowingly receive and distribute any child pornography, as defined in Title 18 U.S.C. §2256(8)(A) and (C), using any means and facility of interstate and foreign commerce and that has been mailed, and has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All of which is in violation of 18 U.S.C. §2252A(a)(2)(A), (b)(1).

//

//

//

## COUNT 4

Beginning on an exact date unknown to the Grand Jury, but no later than May 8, 2023, within in the District of Alaska and elsewhere, the defendant, EMMANUEL EDUARDO LOPEZ-CONTRERAS, did knowingly possess, and knowingly accesses with intent to view, any computer disk, and any other material that contains an image of child pornography, as defined in 18 U.S.C. §2256(8)(A) and (C), that has been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, and shipped and transported in and affecting interstate or foreign commerce by any means, including by computer.

All of which is in violation of 18 U.S.C. §2252A(a)(5)(B), (b)(2).

## CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. §§ 2253 and 2428, and 28 U.S.C. § 2461(c).

Upon conviction of the offenses in violation of 18 U.S.C. §§ 2251, 2252A, and 2422(b) set forth in this Indictment, the defendant, EMMANUEL EDUARDO LOPEZ-CONTRERAS, shall forfeit to the United States pursuant to 18 U.S.C. §§ 2253 and 2428, and 28 U.S.C. § 2461(c) his interest in any and all matter which contains visual depictions produced, transported, mailed, shipped, or received in violation thereof; any property constituting or traceable to gross profits or other proceeds the defendant obtained as a result

of the aforementioned violations; and any and all property used or intended to be used to commit, promote, and facilitate the commission of the aforementioned violations.

All pursuant to 18 U.S.C. §§ 2253 and 2428, and 28 U.S.C. § 2461(c).

A TRUE BILL

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ Mac Caille Petursson
MAC CAILLE PETURSSON
Assistant U.S. Attorney
United States of America



s/ S. Lane Tucker
S. LANE TUCKER
United States Attorney



DATE:    1/17/2024