Jane M. Imholte
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: jane_imholte@fd.org

*Counsel for Defendant Emmanuel Eduardo Lopez-Contreras*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, Plaintiff, vs. EMMANUEL EDUARDO LOPEZ-CONTRERAS, Defendant. | Case No. 3:24-cr-00013-SLG-KFR **MOTION FOR EXPEDITED CONSIDERATION OF MOTION FOR REPRESENTATION HEARING** |
|---|---|

Jane Imholte, Assistant Federal Defender, counsel for Emmanuel Eduardo Lopez-Contreras, moves this Court for an order, on a time schedule shorter than permitted by the rules, expediting consideration of his motion at Doc. 40, requesting a representation hearing at the Court's earliest opportunity. Expedited consideration is requested because a hearing is requested as soon as scheduling will permit. The Clerk's office will be promptly notified of the filing of this motion.

DATED at Anchorage, Alaska this 6th day of August, 2024.

//

//

//

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
DISTRICT OF ALASKA

*/s/ Jane M. Imholte*
Jane M. Imholte
Assistant Federal Defender

Certificate of Service:

I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on August 6, 2024. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Jane M. Imholte*